# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> LUIS ANGEL ESPARZA, <br> Defendant. | Case No.: 22-cr-0619-JO <br><br> **ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On November 1, 2022, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for November 7, 2022 to December 16, 2022. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 31] and sets the Motion Hearing/Trial Setting on December 16, 2022 at 10:30 a.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. On October 31, 2022, a plea agreement was lodged before the Court, and a change of plea hearing is set for November 17, 2022. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(1)(G), (h)(7)(A).

//
//
//
//

Further, on March 29, 2022, Defendant filed a pretrial motion that remains pending. Accordingly, the Court finds that time from March 29, 2022 to December 16, 2022 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending. 18 U.S.C. § 3161(h)(1)(D).

The parties are instructed to appear in person at the hearing on December 16, 2022, and to be prepared to discuss the progress of discovery and the setting of a trial date.

IT IS SO ORDERED.

Dated: 11/1/22

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE